# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNITED STATES OF AMERICA,
      Plaintiff

    v.              CIVIL ACTION NO.:
                     99-12465-EFH

CHARLES JOHNSON,
FRANCIS VANER JOHNSON,
GENELDA JOHNSON, and
JOHNSON CRANBERRIES LIMITED
PARTNERSHIP, a Massachusetts
limited partnership,
      Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# ORDER

September 7, 2010

HARRINGTON, S.D.J.

  The parties' cross motions for summary judgment are denied because there exist genuine issues of material fact. If the parties wish to exclude the testimony of experts pursuant to <u>Daubert v. Merrell Dow Pharms., Inc.</u>, 509 U.S. 579 (1993), they should file separate motions to that effect.

  The United States' Motion for Summary Judgment on Liability and the Defendants' Combined Motion for Summary Judgment (Docket Nos. 122 and 125) are hereby DENIED.

  SO ORDERED.

                    /s/ Edward F. Harrington
                    EDWARD F. HARRINGTON
                    United States Senior District Judge